**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO**

Fredrick Bolden
**(Plaintiff)**

-vs-

Marymount Hospital Cleveland Clinic
Colleen Fairhurst PA-C
**(Defendant)**

1:22 CV 378

FILED JUDGE OLIVER

MAR 08 2022 MAG. JUDGE GREENBERG

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**CASE NO:**

Now comes the Plaintiff Fredrick Bolden - MRN: 476891 CSN: 443891170 for his complaint states as follows:

CIVIL COMPLAINT OF PLAINTIFF RESPONSE TO THE NOTION TO DISMISS THE CASE.

This case was brought before the honorable judge of THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO by Plaintiff against Marymount Hospital (Colleen Fairhurst PA-C) for non su juris jurisdiction for the reconsideration of the infringement of his Civil Rights Act of 1964, 42 U.S.C 2000, et seq. The plaintiff pleads that this honorable Court of Law, Seeks Civil motion and ordinance for him, on the following counts:

**COUNT I**

1. Marymount Hospital Cleveland Clinic (Colleen Fairhurst PA-C) is commissioned under the state of Ohio.

**COUNT II**

2. Plaintiff at this moment incorporates by reference the allegations contained in paragraph one as if were fully written herein.

3. Defendants Marymount Hospital Cleveland Clinic (Colleen Fairhurst PA-C) has violated plaintiff's right to equality in public places, plaintiff's disability, plaintiff's physical health issue and reason for visiting hospital to refuse treatment. Defendants lacked situational awareness which is a code, rule or violation of the Health Insurance Portability and Accountability Act during patient engagement, registration, check-in, and orientation. Defendants neglected to diagnose

plaintiff which lead to many forms of unnecessary suffering and life threatening risks and in the process of violating his civil rights by trying to mentally commit plaintiff and prescribe treatment for a mental health reasons instead of the physical health issue and reason for visit to the hospital.

**4.** The defendant failed to medically screen and diagnose plaintiff for any physical medical problems that would interfere with his day-to-day life.

**5.** The defendant didn't deliver sub-standard care to plaintiff by misdiagnosing the plaintiff making serious medical errors, carelessly prescribing treatment for plaintiff's reason for visit, unusual delay in treatment leading to serious injuries and violating standards of care and plaintiff's civil rights.

## COUNT III

**8.** Plaintiff seeks financial damages, mental and physical justice owing to the discrimination and negligence carried out against him by the defendant as indicated above that has and might caused him to experience; headache, eye irritation, dizziness, nausea, skin rash, facial swelling, weakness, fatigue, pain in joints or/muscles, buzzing/ringing in ears, skin numbness, abdominal pressure and pain, breathing difficulty, irregular heartbeat, sexual stimulation, cell damage, cell death, DNA damage, chromosomal aberrations, carcinogenesis and mutagenesis.

**9.** Additional symptoms may include: paralysis, balance problems, body and/or muscle spasms, convulsions, confusion, depression, difficulty in concentrating, seizure, sleep deprivation, induced sleep, lesions on internal organs, electroshocks, hyperactive bladder, tingling, involuntary speech, fatigue attacks, burns on skin, powerful itching, and high body heat among other problems.

**10.** Defendants Marymount Hospital Cleveland Clinic (Colleen Fairhurst PA-C) didn't ensure the highest quality of health care and/or service to plaintiff as a patient, wasn't skilled in a situation, didn't address individual and organizational training or industry best practices.

Date: March 8, 2022
Sign................................................
Fredrick Bolden, Plaintiff in Pro Per
14100 Terrace Rd 3rd floor Apt 360
East Cleveland, Ohio 44112