UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FREDRICK BOLDEN, *Pro Se,* | ) | Case No. 1:22 CV 378 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| MARYMOUNT HOSPITAL, *et al.,* | ) | |
| | ) | |
| Defendants | ) | JUDGMENT ENTRY |

In accordance with the Court's accompanying Memorandum Opinion and Order, this action is hereby dismissed. The court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

May 25, 2022